**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CRIMINAL NO. *23-CR-30103-SPM* |
| | ) |
| WILLIAM GOLDSMITH, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF FACTS**

The United States of America, by and through Rachelle Aud Crowe, United States Attorney for the Southern District of Illinois, and Zoe J. Gross, Assistant United States Attorney, together with Defendant William Goldsmith, and his counsel, Adam S. Fels and Mark D. Hunter, agree and stipulate to the following Stipulation of Facts:

1.     Defendant William Goldsmith ("Defendant") was a resident of Madison County, Illinois.

2.     Malosi Fitness Corporation ("Malosi Fitness") was an Illinois Corporation with its registered address at 10 Old Orchard Lane, Glen Carbon, Illinois 62034. Defendant was the registered agent of Malosi Fitness.

3.     From at least 2016 through July 31, 2019, Defendant operated the Internet business Malosi Herbs Corporation ("Malosi Herbs") utilizing the website www.malosiherbs.com. Through this website, Defendant sold and dispensed products containing sildenafil citrate to hundreds of purchasers located throughout the United States, which generated more than $250,000 in gross proceeds.

4.     At all times relevant and material herein, sildenafil citrate was the active

1

pharmaceutical ingredient in Viagra®—a prescription drug approved by the FDA for the treatment of erectile dysfunction.

5.      Through the Malosi Herbs website, Defendant sold products labeled as "Ma'Kava," "Ma'Kava Private Stock," and "Night Cap X," (collectively, the "Ma'Kava Products") all of which were marketed as "all natural" male sexual performance enhancement supplements. The label of the Ma'Kava Products claimed that the products included only "natural" herbal ingredients—such as horny goat weed, black maca, kavalactone, tongkat ali, panax ginseng, ginkgo biloba, and sea cucumber extract.

6.      In reality, the Ma'Kava Products contained sildenafil citrate. Sildenafil citrate was not listed as an ingredient on the label or in any labeling of the Ma'Kava Products.

7.      Defendant ordered and received raw sildenafil citrate from companies in China and India in one-kilogram packages. Defendant used his residence in Glen Carbon, Illinois as a makeshift laboratory where he mixed the raw sildenafil with other ingredients and placed the mixture into empty capsules. Defendant packaged these capsules into small bottles, printed with labels with the aforementioned product names and did not list sildenafil citrate as an ingredient on the labels.

8.      Defendant then processed orders for those products through the Malosi Herbs website from customers who did not provide valid prescriptions. Defendant shipped the products from U.S. Postal Service locations in Glen Carbon and Edwardsville, Illinois, to shipping addresses located across the United States such as Indiana and Washington.

9.      The Ma'Kava Products were a drug within the meaning of Title 21, United States Code, Section 321(g)(l) in that they were intended to be used to treat erectile dysfunction or to affect the structure or function of the human body.

2

10.     As charged in Count 1 of the Information, on or about April 24, 2019, Defendant acting with the intent to defraud or mislead, did introduce and deliver for introduction into interstate commerce, from Illinois to Washington, a drug which contained sildenafil citrate among its ingredients despite its labeling failing to disclose sildenafil citrate as an ingredient, that was misbranded within the meaning of Title 21, United States Code, Section 352(a) in that its labeling was false and misleading in any particular.

11.     Defendant agrees that the facts set forth in this Stipulation of Facts prove beyond a reasonable doubt that he is guilty of the charge contained in Count 1 of the Information.

12.     Defendant stipulates that venue is proper in the Southern District of Illinois for Count 1.

SO STIPULATED:

UNITED STATES OF AMERICA

RACHELLE AUD CROWE
United States Attorney

_____
WILLIAM GOLDSMITH
Defendant

ZOE J. GROSS
Assistant United States Attorney

Date: 5-9-2023

Date: 5/3/2023

_____
ADAM S. FELS
Attorney for Defendant

Date: 05-10-23

_____
MARK D. HUNTER
Attorney for Defendant

Date: 5/10/23

3